**FILED**

AUG 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHELLE NGUYEN; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California and ALLISON MENDOZA, in her capacity as the Director of the Department of Justice Bureau of Firearms, <br><br> Defendants - Appellants. | No. 24-2036 <br><br> D.C. No. 3:20-cv-02470-WQH-MMP <br> Southern District of California, San Diego <br><br> ORDER |

Before: OWENS, BADE, and FORREST, Circuit Judges.

The order (Dkt. 9) granting Defendants' motion for a stay pending appeal (Dkt. 3) is REVERSED.