UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHELLE NGUYEN; et al.,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California and ALLISON MENDOZA, in her capacity as the Director of the Department of Justice Bureau of Firearms,<br><br>    Defendants - Appellants. | No. 24-2036<br><br>D.C. No. 3:20-cv-02470-WQH-MMP<br>Southern District of California, San Diego<br><br>ORDER |

Before: OWENS, BADE, and FORREST, Circuit Judges.

Submission is vacated pending the Supreme Court's disposition of *B&L Prods., Inc. v. Newsom*, 104 F.4th 108 (9th Cir. 2024), *petition for cert. filed*, No. 24-598 (Nov. 27, 2024). Proceedings are stayed pending further order.