| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | AUG 14 2025 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

MICHELLE NGUYEN; et al.,

    Plaintiffs - Appellees,

v.

ROB BONTA, in his official capacity as Attorney General of the State of California and ALLISON MENDOZA, in her capacity as the Director of the Department of Justice Bureau of Firearms,

    Defendants - Appellants.

No. 24-2036

D.C. No. 3:20-cv-02470-WQH-MMP

Southern District of California, San Diego

MANDATE

The judgment of this Court, entered June 20, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT